**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                      CASE NO.   3:09cr31LAC

ERICA SMITH

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   March 19, 2009
Type of Motion/Pleading: MOTION FOR DETENTION HEARING

Filed by: Defendant            on 3/18/09       Document   35
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____  on _____  Doc.# _____
_____  on _____  Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *Mary Maloy*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 20th day of March, 2009, that:
(a)   The requested relief is GRANTED.
(b)   The hearing will be held on March 30, 2009 at 11:00 a.m.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.